AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Isaias LOPEZ,<br><br>Defendant | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>August 10, 2025<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___CLD___ DEPUTY<br><br>Case No.   2:25-mj-04916-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 8, 2025  in the county of Los Angeles in the Central District of California, the

defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Thomas J. Smith
*Complainant's signature*

Thomas J. Smith, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   August 10, 2025

*Judge's signature*

City and state:   Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
*Printed name and title*

AUSA: Thi Hoang Ho (x0596)

## AFFIDAVIT

I, Thomas J. Smith, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, Isaias LOPEZ ("LOPEZ") for violation of Title 18, United States Code Section 111(a)(1) (Assault on a Federal Officer).

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

### II. TRAINING AND EXPERIENCE OF SPECIAL AGENT THOMAS SMITH

3.    I am a Special Agent with the Department of Homeland Security, Federal Protective Service ("FPS").  I have been an FPS Special Agent for the past seven years and am currently assigned as a Criminal Investigator for FPS in the Los Angeles Field Office.

4.    Prior to becoming a Special Agent, I was assigned as a Uniformed Inspector for the FPS for four years.  As a Uniformed Inspector, I performed security duties for federal facilities in

1

Washington, D.C., and Albuquerque, New Mexico.  In 2008, I received over 440 hours of training in investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.  I have also received over 168 hours of Threat Assessment and Management and Physical Security Training.  As a federal law enforcement officer, I have investigated over 100 cases involving criminal threats.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

5.    Based on my review of video surveillance footage and recorded interviews with FPS officers, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

a.    On August 8, 2025, a small group of protesters gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse ("Roybal"), which is located at 255 E. Temple Street, Los Angeles, CA 90012.

b.    Specifically, the protesters gathered on Alameda Street between Temple Street and Aliso Street and appeared to be protesting federal immigration enforcement operations that have taken place over the past few months.  Various entrances to Roybal clearly indicate that it is a federal building.  For example, the side of the building facing Temple Street bears the words "EDWARD R. ROYBAL FEDERAL BUILDING."

c.    On that day, FPS officers were on duty, in marked uniforms that clearly stated "Police FPS". At approximately 8:08 p.m., FPS officers witnessed a protestor wearing a black and yellow Adidas shirt, blue jeans, and a black facemask--later

2

identified as LOPEZ--holding a professional-style camera and lens, pushing his way towards advancing FPS officers. LOPEZ was told to move back, at which point he pushed his camera into the face of one FPS inspector, striking him on the bridge of the nose. Numerous FPS inspectors pushed into the crowd to detain LOPEZ and attempted to pull him back to a safe area to effect the arrest. While moving LOPEZ to a safe location, LOPEZ and two FPS inspectors fell to the ground. LOPEZ began struggling on the ground and two additional FPS inspectors assisted getting LOPEZ handcuffed.

    d.    As officers attempted to get LOPEZ to his feet, he began walking towards the inspector who he had previously hit on the nose with his camera. LOPEZ briefly placed his face against the FPS inspector's nose, at which point the FPS inspector used his right hand to re-direct LOPEZ's face away for safety. LOPEZ was taken down to the FPS holding cell for processing.

//

//

//

//

//

//

//

//

//

//

3

## IV. CONCLUSION

6.    For all the reasons described above, there is probable cause to believe that ISAIAS LOPEZ committed a violation of Title 18, United States Code, Section 111(a)(1) (Assault on a Federal Officer).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ___ day of
August, 2025.


_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

4